

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00424-CV

| | | |
|---|---|---|
| Michael Cade and Billie Cade | § | From the 17th District Court |
| v. | § | of Tarrant County (17-251230-11) |
| Barbara D. Cosgrove, Individually, and as the Trustee of The Charles and Barbara Cosgrove Family Revocable Living Trust | § | January 14, 2016 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot